JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALONZO TREVON TALLEY, ) | Case No. CV 21-5058-VAP (JPR) |
| ) Petitioner, ) | |
| ) | **J U D G M E N T** |
| v. ) | |
| ) | |
| T. CISNEROS, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Pursuant to the Order Granting Respondent's Motion to Vacate and Dismissing Petition for Writ of Habeas Corpus as Improperly Successive,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: October 28, 2021  _____
VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE